UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| PHILADELPHIA INDEMNITY INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>HOLLYCAL PRODUCTION, INC., et al.,<br><br>Defendants. | ED CV 18-768 PA (SPx)<br><br>JUDGMENT OF DISMISSAL |
|---|---|

In accordance with the Court's December 7, 2018 minute order granting summary judgment to Philadelphia Indemnity Insurance Company ("Plaintiff"), it is ORDERED, ADJUDGED, AND DECREED that:

1. Plaintiff's causes of action for declaratory relief are granted as follows:

    a. Plaintiff owes no duty to defend defendants Hollycal Production, Inc., Pushpindra Sukhwal, and Satyam Sukhwal (the "Insured Defendants") in litigation currently pending in San Bernardino County Superior Court, case no. CIVDS1714762 (the "Underlying Action"), and may withdraw its defense in the Underlying Action;

    b. Plaintiff owes no duty to indemnify Insured Defendants in the Underlying Action;

    c. Insured Defendants must reimburse Plaintiff for defense-related payments incurred in the Underlying Action; and

    d. Insured Defendants must reimburse Plaintiff for any indemnity paid in the Underlying Action; and

2.   Plaintiff shall have its costs of suit.

DATED: December 11, 2018

                                                    Percy Anderson
                                      UNITED STATES DISTRICT JUDGE